# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMEE GABISAN, on behalf of herself, and on behalf of all persons similarly situated,<br><br>                                              Plaintiff,<br>   vs.<br>PELICAN PRODUCTS, INC, et al.,<br><br>                                              Defendants. | CASE NO. 08 CV 1361 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |

On August 19, 2008, the parties filed a joint motion to extend the time for Defendant Pelican Products, Inc., to answer the complaint.  (Doc. no. 7.)  For good cause shown, the court hereby **GRANTS** the joint motion **ORDERS** that the time for Defendant Pelican Products, Inc., to answer the complaint is extended to October 17, 2008.

   **IT IS SO ORDERED.**

**DATED:  August 21, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**