1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11
12

NOEMEE GABISAN, on behalf of herself, and on behalf of all persons similarly situated,

13

Plaintiff,

vs.

14
15

PELICAN PRODUCTS, INC, et al.,

Defendants.

16

CASE NO. 08 CV 1361 JM (NLS)

**ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

17
18
19
20

On September 16, 2008, the parties filed a joint motion to extend the time for Defendant Pelican Products, Inc., to answer the complaint.  (Doc. no. 14.)  For good cause shown, the court hereby **GRANTS** the joint motion and **ORDERS** the time for Defendant Pelican Products, Inc., to answer the complaint is extended to November 16, 2008.

21

**IT IS SO ORDERED.**

22

**DATED:  September 17, 2008**

23
24

**Hon. Jeffrey T. Miller**
**United States District Judge**

25
26
27
28

- 1 -

08cv1361